SCHWARTZ, Chief Judge.
We agree with the trial court that the allegedly negligent timing of a pedestrian control device (Walk-Don’t Walk) represents a planning decision as to which the governmental subdivision involved is immune. Commercial Carrier Corp. v. Indian River County, 371 So.2d 1010 (Fla.1979); Trianon Park Condominium Ass’n, Inc. v. City of Hialeah, 468 So.2d 912 (Fla.1985); Dep’t of Transp. v. Neilson, 419 So.2d 1071 (Fla.1982); Weiss v. Fote, 7 N.Y.2d 579, 200 N.Y.S.2d 409, 167 N.E.2d 63 (1960) (cited with approval in Commercial Carrier Corp., 371 So.2d at 1010); Bjorkquist v. City of Robbinsdale, 352 N.W.2d 817 (Minn.App.1984); see also Barrera v. State Dep’t of Transp., 470 So.2d 750 (Fla. 3d DCA 1985), pet. for review denied, 480 So.2d 1293 (Fla.1985); Ferri v. City of Gainesville, 362 So.2d 345 (Fla. 1st DCA 1978).
Affirmed.
NESBITT, J., concurs.